UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUL - 5 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| MICHAEL A. DESILVA, JR., ) | |
| TRENAYS N. BLACKBURN, ) | **4:17CR298 RLW/JMB** |
| and ) | |
| SHENITA C. HOWARD, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
[Use of Counterfeit Access Device]

Beginning on a date unknown to the Grand Jury to on or about February 11, 2017, in the Eastern District of Missouri, the defendants,

**MICHAEL A. DESILVA, JR.
TRENAYS N. BLACKBURN
and
SHENITA C. HOWARD**

knowingly and with intent to defraud, used counterfeit access devices, specifically various gift cards and credit cards that were altered to contain account numbers of other persons without authorization, with said use affecting interstate and foreign commerce, in that the counterfeit

access devices reflected account numbers held by financial institutions operating in interstate commerce, in violation of 18 U.S.C. § 1029 (a)(1) and (c)(1)(A)(i) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C), upon conviction of an offense in violation of Title 18, United States Code, Section 1029 as set forth in Count One of this Indictment, the defendants MICHAEL A. DESILVA, JR., TRENAYS N. BLACKBURN, AND SHENITA C. HOWARD, shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s) and any personal property used or intended to be used to commit the offense.

2. Specific property subject to forfeiture includes, but is not limited to, re-encoded and original gift cards and credit cards, as well as large quantities of cigarettes purchased with said gift cards and credit cards.

3. Subject to the forfeiture is a sum of money equal to the value of the property constituting, or derived from proceeds the defendants obtained directly or indirectly as a result of such violation.

4. If any of the property described above, as a result of any act omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Dated: _____    A TRUE BILL

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
GILBERT C. SISON
Assistant United States Attorney